# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ERICA FRAZIER, CRYSTAL STUKES-LEWIS, BIANCA PRICE, VENICAL CANADAY, LASHAWN WEST, LAPORSCHA LAWSON, CHATOYA HARRIS, EBONY KEELS,** On behalf of themselves individually, and their minor children, **AND OTHER SIMILARLY SITUATED RESIDENTS,**

Appellants,

v.

**GMF-STONYBROOK, L.L.C., GMF-PRESERVATION OF AFFORDABILITY CORP., STONYBROOK FL, L.L.C.** a/k/a **MILLENNIA HOUSING MANAGEMENT, LTD., LLC/MILLENNIA COMPANIES,** and **THE CITY OF RIVERA BEACH, FLORIDA,** a Municipality in the State of Florida,

Appellees.

No. 4D20-666

[March 4, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502018CA009696XXXXMB.

Malik Leigh of Watson Leigh, P.A., Pompano Beach, for appellant.

Mahra Sarofsky and Jonathan S. Glickman of Slusher & Rosenblum, P.A., West Palm Beach, for appellee GMF-Stonybrook, LLC.

Katina M. Hardee of Fowler White Burnett, P.A., Miami, for appellee Stonybrook FL, LLC, and Millennia Housing Management LTD, LLC.

Christy L. Goddeau of Torcivia, Donlon, Goddeau & Ansay, P.A., West Palm Beach, for appellee City of Riviera Beach.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

*　　　*　　　*

*Not final until disposition of timely filed motion for rehearing.*